UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN DANIEL SMOOT,

        Petitioner,        Case No. 1:13-cv-244

v.        Honorable Paul L. Maloney

JEFFREY WOODS,

        Respondent.
_____/

**ORDER**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  September 12, 2016        /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge