UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN DANIEL SMOOT,

        Petitioner,        Case No. 1:13-cv-244

v.        Honorable Paul L. Maloney

JEFFREY WOODS,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the Opinion entered this day:

**IT IS ORDERED** that Petitioner's application for habeas corpus relief is **DENIED**.

Dated:   September 12, 2016        /s/ Paul L. Maloney
                                                                          Paul L. Maloney
                                                                          United States District Judge